# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MARK SHANNON WEAVER,** :

    **Petitioner** :

                               **CIVIL ACTION NO. 3:13-1810**

**v.** :

                               **(Judge Mannion)**

**WARDEN, USP-CANAAN** :

    **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1), is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Date: September 10, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1810-01-ORDER.wpd